IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MURRAY HILTON,

      Appellant,

v.

                                       Case No.  5D23-1761
                                       LT Case No. 2018-CF-12469-A

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed July 21, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Murray Hilton, Lake Butler, pro se.

No Appearance for Appellee.


MACIVER, J.

Murray Hilton appeals the summary denial of his Rule 3.850 motion for postconviction relief. Hilton filed an initial Rule 3.850 motion in January of 2021. That motion was denied. Hilton appealed the denial, but in September of 2021 the First District Court of Appeal affirmed in a per curiam decision. In June of 2022 Hilton filed another Rule 3.850 motion with the trial court, which was also denied.

The trial court denied the second motion as impermissibly successive, correctly noting that Hilton failed to adequately justify his omission of the newly asserted grounds in his prior motion. The trial court failed, however, to attach a copy of the prior motions and orders in support of its ruling as required by Florida Rule of Criminal Procedure 3.850(h)(2). *See Davis v. State*, 192 So. 3d 684, 684 (Fla. 5th DCA 2016).

We reverse and remand for attachment of the prior Rule 3.850 motion and the resulting order as it relates to Hilton's allegations of ineffective assistance of counsel.

REVERSED and REMANDED.


LAMBERT and BOATWRIGHT, JJ., concur.